No. 79–1182. RUSSO, TRUSTEE, ET AL. *v.* TOWN OF EAST HARTFORD. Appeal from Sup. Ct. Conn., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–1284. KNEELAND *v.* NEW ENGLAND MERCHANTS NATIONAL BANK ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1008. SATTERWHITE *v.* CITY OF GREENVILLE, TEXAS. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States Parole Comm'n* v. *Geraghty, ante,* p. 388, and *Deposit Guaranty Nat. Bank* v. *Roper, ante,* p. 326.

No. 79–5649. ARMOUR *v.* CITY OF ANNISTON, DBA ANNISTON MEMORIAL HOSPITAL, ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States Parole Comm'n* v. *Geraghty, ante,* p. 388, and *Deposit Guaranty Nat. Bank* v. *Roper, ante,* p. 326.

No. A–735. HEIR ET AL. *v.* DEGNAN, ATTORNEY GENERAL OF NEW JERSEY, ET AL. Application for stay of judgment of the Supreme Court of New Jersey, addressed to MR. JUSTICE POWELL and referred to the Court, denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.